NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURE FISHING, INC., AN IOWA CORPORATION,**
*Plaintiff-Cross-Appellant*

**v.**

**NORMARK CORPORATION, A MINNESOTA CORPORATION, DBA RAPALA,**
*Defendant-Appellant*

---

2014-1300, 2015-1167, 2015-1168

---

Appeals from the United States District Court for the District of South Carolina in No. 3:10-cv-02140-CMC, Judge Cameron McGowan Currie.

---

**JUDGMENT**

---

MARCUS ANGELO MANOS, Nexsen Pruet PLLC, Columbia, SC, argued for plaintiff-cross-appellant. Also represented by DANIEL CHARLES LEONARDI.

JOHN THOMAS VITT, Dorsey & Whitney LLP, Minneapolis, MN, argued for defendant-appellant. Also represented by SHANNON L. BJORKLUND, MICHAEL WEINBECK; ALAN RANDOLPH MARSHALL, Dority & Manning, P.A., Greenville, SC.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


October 16, 2015                    /s/ Daniel E. O'Toole
      Date                          Daniel E. O'Toole
                                 Clerk of Court